```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LAVETA DIANE SOWELL                         CIVIL ACTION

VERSUS                                      NUMBER: 10-01835

MICHAEL J. ASTRUE,                          SECTION: "J"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION
```

### **O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 27), and the failure of the Defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Rec. Doc. 18) is GRANTED, that Defendant's Motion for Summary Judgment (Rec. Doc. 22) is DENIED, and that Plaintiff's case is

remanded to the Commissioner for an award of benefits.

    New Orleans, Louisiana, this <u>16th</u> day of <u>      September      </u>, 2011.

                                                */s/ Carl J. Barbier*
                                                United States District Judge