```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

LAVETA DIANE SOWELL                           CIVIL ACTION

VERSUS                                        NUMBER: 10-01835

MICHAEL J. ASTRUE,                            SECTION: "J"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

    The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 27), and the failure of the Defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly,

    **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Rec. Doc. 18) is GRANTED, that Defendant's Motion for Summary Judgment (Rec. Doc. 22) is DENIED, and that Plaintiff's case is

remanded to the Commissioner for an award of benefits.

New Orleans, Louisiana, this 16th day of September, 2011.

_____
United States District Judge